UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REV. ANTHONY STEVENS and SOLOMON LEROY BROOKS,

    Plaintiffs,

v.

FRANCIS SLAY, Mayor of City of St. Louis, GERARD NESTER, St. Louis City Public Administrator, JOE MOKWA, Chief of St. Louis City Police Department, JAMES MURPHY, St. Louis City Sheriff, DAVID G. LUPO, GEORGE SHERMAN, Chief of St. Louis City Fire Department, UNKNOWN PARTY, Alderperson, and BERNICE KING,

    Defendants.

Case No. 07-cv-790-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's November 26, 2007, order to show cause (Doc. 2). In that order, the Court noted that the plaintiffs had not comprehensibly alleged a federal question sufficient to meet the pleading standards of Federal Rule of Civil Procedure 8(a) or to support jurisdiction under 28 U.S.C. § 1331. The Court further noted that, if it had jurisdiction, venue appeared to be improper in this district because the events alleged in the complaint occurred exclusively in the state of Missouri. The Court therefore ordered the plaintiffs to show cause on or before December 14, 2007, (1) why this case should not be dismissed for lack of subject matter jurisdiction and (2) why, if subject matter jurisdiction exists, this case should not be transferred to the United States District Court for the Eastern District of Missouri, either for improper venue pursuant to 28 U.S.C. § 1406 or for the convenience of the parties pursuant to 28 U.S.C. § 1404. The Court warned the plaintiffs that their failure to respond to this order could result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The plaintiffs have not responded to the order to show cause. Accordingly, as it warned it might, the Court **DISMISSES** this action **without prejudice for lack of jurisdiction** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 8, 2008**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**