UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REV. ANTHONY STEVENS and SOLOMON LEROY BROOKS,<br><br>     Plaintiffs,<br><br>   v.<br><br>FRANCIS SLAY, Mayor of City of St. Louis, GERARD NESTER, St. Louis City Public Administrator, JOE MOKWA, Chief of St. Louis City Police Department, JAMES MURPHY, St. Louis City Sheriff, DAVID G. LUPO, GEORGE SHERMAN, Chief of St. Louis City Fire Department, UNKNOWN PARTY, Alderperson, and BERNICE KING,<br><br>     Defendants. | Case No. 07-cv-790-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

                                                              **NORBERT JAWORSKI, CLERK**

**DATED: January 8, 2008**                     By s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**